UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-106-1D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN DAVID RIGGINS, JR. | ORDER TO SEAL |

On motion of the Defendant, Brian David Riggins, Jr., and for good cause shown, it is hereby ORDERED that **DE 58** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __11__ day of October 2020.

JAMES C. DEVER III
United States District Judge